John F. Penrose (State Bar No. 103529)
FISHER & PHILLIPS LLP
501 – 14th Street, Second Floor
Oakland, CA 94612
Telephone: (510) 763-4411
Facsimile: (510) 763-4418

Attorneys for Defendant
Pacific Southwest Container, LLC

FILED
2005 MAY 10 A 10: 13
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____
DEPUTY

LODGED
MAR 1 8 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWEKU A. ESHUN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC SOUTHWEST CONTAINER,<br><br>　　　　　Defendant. | Case No.: CIV F-03-6090 AWI DLB<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br><br>Complaint Filed: August 12, 2003<br>Trial Date:　　　None |

　　The parties, having complied with the Court's January 7, 2004 Memorandum Opinion and Order Re Defendant's Motion to Compel Arbitration and for a Stay, and completed arbitration of Plaintiff's claims, and complied with the terms of the arbitrator's award, IT IS ORDERED that:

　　This action is DISMISSED WITH PREJUDICE.

DATED: 5-10-05　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-

[Proposed] Order of Dismissal

Oakland 87280.1

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP. My business address is 501 – 14th Street, Second Floor, Oakland, California 94612.

On this date, I served the foregoing [PROPOSED] ORDER OF DISMISSAL on all the appearing and/or interested parties in this action by placing a true copy thereof in the U.S. mail in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| Kweku A. Eshun<br>1801 Coffee Road #91<br>Modesto, CA  95355 | Plaintiff in Pro Per |
| Patricia Lee Connors, Esq.<br>c/o William Chang<br>International Case Manager<br>International Centre for Dispute Resolution<br>1633 Broadway, 10th Floor<br>New York, NY  10019 | Arbitrator |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2005, at Oakland, California.

_____
Judy Keenan

CERTIFICATE OF SERVICE

Oakland 87278.1